# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEVON J. and CYNTHIA H. McKENNA,

        Plaintiff,

        v.

COMMONWEALTH UNITED MORTGAGE, a division of National City Bank of Indiana, HOME CAPITAL FUNDING, and NATIONAL CITY MORTGAGE COMPANY.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C08-5330KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Defendant's Motion to Dismiss the Plaintiffs only remaining claim of violation of the Truth in Lending Act is hereby GRANTED with prejudice. The entire case is DISMISSED.

| January 5, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | s/ *Traci Whiteley* |
| | By Traci Whiteley, Deputy Clerk |